NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 09a0447n.06

No. 08-3961

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
**Jun 30, 2009**
LEONARD GREEN, Clerk

PATRICIA L. MECHLEY,

    **Plaintiff-Appellant,**

v.

PROCTER & GAMBLE COMPANY, DISABILITY
BENEFIT PLAN & TRUSTEES,

    **Defendants-Appellees.**

)
)
)
)
)
)
)
)
)
)
)

**ON APPEAL** FROM THE
UNITED STATES DISTRICT
COURT FOR THE
SOUTHERN DISTRICT OF
OHIO

**O P I N I O N**

---

**BEFORE: NORRIS, BATCHELDER, and KETHLEDGE, Circuit Judges.**

    **PER CURIUM.** Plaintiff, Patricia L. Mechley, appeals the district court's determination

under 29 U.S.C. § 1132 (ERISA) that defendants, the Procter & Gamble Disability Benefit Plan and

the Plan's Trustees, correctly denied her claim for total disability benefits under the Plan. Plaintiff

argued that the Plan's determination was procedurally flawed, and that the weight of the evidence

belied its conclusion. The district court granted defendants' motion for judgment on the

administrative record, and Mechley appealed.

    Having had the benefit of oral argument and having carefully considered the record on

appeal, the briefs of the parties, and the applicable law, we are not persuaded that the district court

erred in granting judgment to defendants.

    Because the reasoning which supports judgment for defendants has been articulated by the

district court in its exhaustive, well-reasoned and thorough opinion, the issuance of a detailed written

opinion by this court would be duplicative and serve no useful purpose.  Accordingly, the judgment

of the district court is **affirmed** upon the reasoning employed by that court in its Opinion and Order

dated July 17, 2008.